UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

DWAYNE MOSS,


                                    Plaintiff,

                                                              DECISION AND ORDER

                                                              06-CV-6467L


                    v.

H. HANRAHAN,
Correction Sergeant, et al.



                                    Defendant.
_____


       Plaintiff's motion for the Court to enter a default judgment against defendants for failure to

comply with certain scheduling orders (Dkt. #38) is in all respects denied.

       IT IS SO ORDERED.


                                    _____
                                         DAVID G. LARIMER
                                       United States District Judge


Dated: Rochester, New York
       July 1, 2008.